IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-

CHRISTOPHER J. HICKS-BERRY,

        Defendant.

Criminal Action No.
22-00048-10-CR-W-DGK

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | |
|---|---|
| Count 1: | Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D) |
| Count 33: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Count 34: | Use, Carry, and Discharge a Firearm During a Crime of Violence *in violation of* 18 U.S.C. § 924(c)(1)(A)(iii) |
| Count 46: | Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D) |
| Counts 47, 103: | Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Counts 48, 104: | Felon in Possession of a Firearm or Ammunition *in violation of* 18 U.S.C. § 922(g)(1) and 924(a)(2 |
| Counts 101, 102: | Possession with Intent to Distribute Cocaine *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D) |
| Forfeiture Allegation One | |

**TRIAL COUNSEL**:
       Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
       Case Agent:  ATF Special Agent Elizabeth White
       Defense: Shawn Lee

**OUTSTANDING MOTIONS**:  Defendant's Motion to Compel (Doc. 749)

**ANTICIPATED MOTIONS**: Government - Rule 404(b) Notice
       Defense – Motion for a *Lafler-Frye* hearing

**TRIAL WITNESSES**:
       Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
       Defense: 3 witnesses, including Defendant who
           ( ) will
           (x) may
           ( ) will not testify

**TRIAL EXHIBITS**:
       Government: 300 exhibits with four defendants going to trial
       Defense: 3 exhibits

**DEFENSES**:
       (x)    defense of general denial
       ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
       (x) Definitely for trial        ( ) Possibly for trial
       ( ) Motion to continue to be filed    ( ) Likely a plea will be worked out

**TRIAL TIME**: **10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: 1-2 days

**STIPULATIONS**:
       (x)    not likely
       ( )    not appropriate
       ( )    likely as to:
           ( )    chain of custody
           ( )    chemist's reports
           ( )    prior felony conviction
           ( )    interstate nexus of firearm
           ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**:  None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before June 24, 2024
Defense: On or before June 24, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
**Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th. Defense Counsel has a hearing at 9 a.m. the 18th of July.

**OTHER**:
( )   A _____-speaking interpreter is required.
( )   Other assistive devices:

**IT IS SO ORDERED.**

*/s/ Jill A. Morris*
JILL A. MORRIS
United States Magistrate Judge