# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-cr-00048-DGK-10 |
| ) | |
| CHRISTOPHER J. HICKS-BERRY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Now before the Court is Defendant Christopher J. Hicks-Berry's First Motion to Suppress Evidence, ECF No. 842, and United States Magistrate Judge Jill A. Morris' Report and Recommendation, ECF No. 908, recommending the Court deny the motion. Neither party has filed responses to the Report and Recommendation, and the time do so has passed.

Defendant seeks to dismiss the case against him with prejudice due to alleged discovery violations, or alternatively, to suppress Volumes 8–11 of the Government's disclosures as a sanction for violating either the Court's Scheduling Order, Local Rule 16.3, Federal Rule of Criminal Procedure 16, or the Department of Justice Manual Section 9-5.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1, the Court agrees with the Magistrate's thorough and well-reasoned opinion finding the Government did not commit discovery violations.

The Court ADOPTS the Report and Recommendation and DENIES Defendant's motion.

**IT IS SO ORDERED.**

Date: September 3, 2024  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT