IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-

CHRISTOPHER J. HICKS-BERRY,

      Defendant.

Criminal Action No.
22-00048-10-CR-W-DGK

# MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

Count 1: Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

Count 33: Destruction of a Motor Vehicle *in violation of* 18 U.S.C. §§ 33(a) and 2

Count 34: Use, Carry, and Discharge a Firearm During a Crime of Violence *in violation of* 18 U.S.C. § 924(c)(1)(A)(iii)

Count 46: Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D)

Counts 47, 103: Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Counts 48, 104: Felon in Possession of a Firearm or Ammunition *in violation of* 18 U.S.C. § 922(g)(1) and 924(a)(2)

Count 101: Possession with Intent to Distribute Cocaine *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

Count 102: Possession of a Machinegun in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) and (c)(1)(B)(ii)

Forfeiture Allegation One

**TRIAL COUNSEL**:
> Government: Matthew Moeder, Stephanie Bradshaw
>> Case Agent: ATF Special Agent Elizabeth White
> Defense: Christopher Hicks-Berry, *Pro-se*
>> (Dione C. Green, Standby Counsel)

**OUTSTANDING MOTIONS**:
- *Pro se* Oral Motion to Continue (Doc. 1307)

**ANTICIPATED MOTIONS**:
Government: Renewal of previously filed motion in limine (Doc. 1018)

Defense: Uncertain as to what motions, but intends to file pretrial motions

**TRIAL WITNESSES**:
> Government: 36 witnesses total, likely 25 witnesses that will be called (Doc. 989)
> Defense: 3 witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
> Government: 136 Exhibits (Doc. 990)
> Defense: Uncertain

**DEFENSES**:
> ( )  defense of general denial
> ( x )  defenses of general denial and Defendant anticipates other legal defenses but does not identify them at this point.


**POSSIBLE DISPOSITION**:
> ( x ) Definitely for trial              ( ) Possibly for trial
> ( ) Motion to continue to be filed      ( ) Likely a plea will be worked out

**TRIAL TIME: 6 ½ Days**
> Government: 4 ½ days, including jury selection
> Defendant: 2 days

**STIPULATIONS**:
> ( x )  not likely although the Government will provide potential stipulations to Defendant for his consideration
> ( )  not appropriate
> ( )  likely as to:
>> ( )  chain of custody
>> ( )  chemist's reports
>> ( )  prior felony conviction
>> ( )  interstate nexus of firearm
>> ( )  other: _____

**UNUSUAL QUESTIONS OF LAW**:

Government: None
Defendant: Unknown

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before November 17, 2025
Defense: On or before November 17, 2025
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before November 17, 2025
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before November 17, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing 12/1/2025

Government request for second week of December 1, 2025, trial docket to accommodate out of town essential witnesses, the upcoming major holiday, and any potential travel issues related to air traffic control issues and the holiday.

Defendant asserts that he may have to coordinate with witnesses with respect to the December 1, 2025, trial docket.

**OTHER**:
( )  A _____-speaking interpreter is required.
( )  Other assistive devices: _____

**IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge